THE W.H. THOMAS FIRM, LLC
511 East Paces Ferry
Atlanta, Georgia 30305
Tel: (404)897-3523 Fax: (678) 965-1781
***www.whthomasfirm.com***

William H. Thomas Jr.  bill@whthomasfirm.com
Admitted in Georgia
and California (Inactive)

March 17, 2022

Courtroom Deputy
United States District Court
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303

    Re:    *United States v. Kevin Clark, 1:20-CR-408-MLB-CMS*
            *United States v. Touray, 1:20-CR-103 – TWT-LTW*
            *United States v. Michael Peeker, 1:20-CR-306-TWT-CMS*
            *United States v. Octavious Henry 4:21-CR-008-SDG-WEJ*
            *United States v. Robert Brewer 1:22-CR-029-SCJ-RDC*

Dear Courtroom Deputy/Clerk of Court:

    This letter is to notify the Court pursuant to LCrR 57.1E(4), NDGa, that I will be out of the office on the following dates:

    March 25, 2022 to March 31, 2022
    April 25, 2022 to April 29, 2022
    May 9, 2022 to May 10, 2022
    May 17 to June 4, 2022
    July 20 to August 3, 2022

    I respectfully request that the court not schedule any court appearances in the above-referenced matters for those dates.

Sincerely,

The W.H. Thomas Firm, LLC

*William H. Thomas Jr.*
William H. Thomas Jr.